# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Erika Beckett and Jason Beckett,                     Civil No. 16-877 (DWF/LIB)

      Plaintiffs,

v.                                                                                **ORDER ADOPTING REPORT
                                                                                   AND RECOMMENDATION**

American Family Insurance,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated August 19, 2016.  (Doc. No. 4.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1.    Magistrate Judge Leo I. Brisbois's August 19, 2016 Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

2.    Plaintiffs' Complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE** for failure to effect service and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 19, 2016         s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge